**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 107 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
TAUFIIQ WEBB, :
:
                Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 28th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.